DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
JOSE SILVA-HARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-12-311-MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| JOSE SILVA-HARO, | ) | Date: October 18, 2012 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN Assistant Federal Defender for JOSE SILVA-HARO that the status conference hearing date of September 27, 2012 be vacated, and the matter be set for status conference on October 18, 2012 at 9:00 a.m.

The reason for this continuance is that defense counsel is out ill this week and needs additional time to review discovery, and further discussions regarding discovery and the facts of this case between attorney and client are necessary. This last-described task is made more difficult as a Spanish/English interpreter will be need to assist in translating the discovery documents to the client and interpreting discussions between defense counsel and client.

///

///

///

1  Based upon the foregoing, the parties agree that the time under the Speedy Trial Act
2  should be excluded from the date of this stipulation, September 25, 2012, through and
3  including October 18, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and
4  Local Code T4 based upon continuity of counsel and need for additional time for defense
5  preparation.

7  DATED:  September 28, 2012.                    Respectfully submitted,

8                                                 DANIEL J. BRODERICK
                                                  Federal Public Defender

10                                                /s/ Courtney Fein
                                                  COURTNEY FEIN
                                                  Assistant Federal Defender
11                                                Designated Counsel for Service
                                                  Attorney for JOSE SILVA-HARO

13  DATED:  September 28, 2012.                   BENJAMIN WAGNER
                                                  United States Attorney

15                                                /s/ Courtney Fein for
                                                  SAMUEL WONG
                                                  Assistant U.S. Attorney
16                                                Attorney for Plaintiff

26  ///
27  ///
28  ///

2

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 27, 2012, status conference hearing be continued to October 18, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties stipulation on September 25, 2012, up to and including the October 18, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, for continuity of counsel and to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: September 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE