1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   JOSE SILVA-HARO
6

7           IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,   ) NO. 2:12-cr-00311-MCE
                               )
11         Plaintiff,          ) **STIPULATION AND ORDER;**
                               ) **CONTINUING STATUS CONFERENCE**
12    v.                       ) **AND EXCLUDING TIME**
                               )
13 JOSE SILVA-HARO,            ) Date: December 6, 2012
                               ) Time: 9:00 a.m.
14         Defendant.          ) Judge: Hon. Morrison C. England, Jr.
   _____ )
15

16      IT IS HEREBY STIPULATED by and between the parties hereto
17 through their respective counsel, SAMUEL WONG Assistant United
18 States Attorney, attorney for Plaintiff, and COURTNEY FEIN
19 Assistant Federal Defender for JOSE SILVA-HARO that the status
20 conference hearing date of October 18, 2012 be vacated, and the
21 matter be set for status conference on December 6, 2012 at 9:00
22 a.m. The reason for this continuance is that Defense counsel
23 needs additional time to continue reviewing discovery, conduct
24 the defense investigation and legal research, and have further
25 discussions with the client to prepare Mr. SILVA-HARO's
26 defense.
27 ///
28 ///

1 | The parties stipulate and agree that the Court shall find that: (1) the failure to grant the requested continuance in this case would deny counsel for defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of this stipulation, October 15, 2012, through and including December 6, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 based on the need for additional time for defense preparation.

DATED: October 17, 2012.        Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Public Defender

                                /s/ Courtney Fein
                                COURTNEY FEIN
                                Assistant Federal Defender
                                Designated Counsel for Service
                                Attorney for JOSE SILVA-HARO

DATED: October 17, 2012.        BENJAMIN WAGNER
                                United States Attorney

                                /s/ Courtney Fein for

                                SAMUEL WONG
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

///

2

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 18, 2012, status conference hearing be continued to December 6, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time beginning from the parties stipulation on October 15, 2012, up to and including the December 6, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: October 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE