DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
JOSE SILVA-HARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br>JOSE SILVA-HARO,                    )<br>                                    )<br>            Defendant.              )<br>_____ ) | NO. 2:12-cr-00311-MCE<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  February 21, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN Assistant Federal Defender for JOSE SILVA-HARO that the status conference hearing date of December 6, 2012 be vacated, and the matter be set for status conference on February 21, 2013 at 9:00 a.m. The reason for this continuance is that defense counsel needs additional time to continue reviewing discovery and have further discussions with her client and counsel for the government.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of this stipulation, November 30, 2012, through and including

February 21, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4 based upon continuity of counsel and need for additional time for defense preparation.

DATED: December 5, 2012.          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Public Defender

                                  /s/ Courtney Fein
                                  COURTNEY FEIN
                                  Assistant Federal Defender
                                  Designated Counsel for Service
                                  Attorney for JOSE SILVA-HARO

DATED: December 5, 2012.          BENJAMIN WAGNER
                                  United States Attorney

                                  /s/ Courtney Fein for

                                  SAMUEL WONG
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 6, 2012, status conference hearing be **continued to February 21, 2013, at 9:00 a.m.** Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in

2

a speedy trial.  It is ordered that time beginning from the parties stipulation on November 30, 2012, up to and including the February 21, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, for continuity of counsel and to allow defense counsel reasonable time to prepare.

Dated: December 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3