JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
JOSE SILVA-HARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-12-311-MCE |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) ) | |
| JOSE SILVA-HARO, | ) ) | Date: June 27, 2013 Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN Assistant Federal Defender for JOSE SILVA-HARO that the status conference hearing date of May 16, 2013 be vacated, and the matter be set for status conference on June 27, 2013 at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to continue further defense investigation and preparation.  In particular, defense counsel will be visiting the alleged marijuana garden with her investigator to conduct the defense team's own investigation and may need to conduct follow up research and/or investigation depending on what is discovered in the marijuana garden.  The marijuana garden visit by the defense team, accompanied by a law enforcement escort team for safety and security reasons, is tentatively scheduled for May 20 or 21, 2013.  In addition, defense counsel desires to meet with the prosecutor in an attempt to negotiate as favorable as possible to defendant a resolution of this

1  case after visiting the marijuana garden.  Thereafter, defense counsel will need additional time
2  to explain the ramifications to defendant of any plea offer made.

3      Based upon the foregoing, the parties agree that the time within which the trial of this
4  matter must be commenced under the Speedy Trial Act should be excluded from the date of
5  this stipulation, April 29, 2013, through and including June 27, 2013, pursuant to 18 U.S.C.
6  §3161 (h)(7)(A)and (B)(iv) and Local Code T4 based upon continuity of counsel and need for
7  additional time for defense preparation.  The parties stipulate and agree that the Court shall
8  find that the ends of justice to be served by granting a continuance outweigh the best interests
9  of the public and the defendant in a speedy trial.

10  DATED:  April 30, 2013.                    Respectfully submitted,

11                                             JOSEPH SCHLESINGER
                                               Acting Federal Public Defender
12
                                               /s/ Courtney Fein
13                                             COURTNEY FEIN
                                               Assistant Federal Defender
14                                             Designated Counsel for Service
                                               Attorney for JOSE SILVA-HARO
15

16  DATED:  April 30, 2013.                    BENJAMIN WAGNER
                                               United States Attorney
17
                                               /s/ Courtney Fein for
18
                                               SAMUEL WONG
19                                             Assistant U.S. Attorney
                                               Attorney for Plaintiff
20

21                                    ORDER

22      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
23  May 16, 2013, status conference hearing be continued to June 27, 2013, at 9:00 a.m.  Based
24  on the representation of defense counsel and good cause appearing therefrom, the Court
25  hereby finds that the failure to grant a continuance in this case would deny defense counsel
26  reasonable time necessary for effective preparation, taking into account the exercise of due
27  diligence.  The Court finds that the ends of justice to be served by granting a continuance
28  outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that

time beginning from the parties' stipulation on April 29, 2013, up to and including the June 27, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, for continuity of counsel and to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Date: April 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT