HEATHER E. WILLIAMS, Bar #122664
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
JOSE SILVA-HARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:12-cr-0311-MCE |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) ) | |
| JOSE SILVA-HARO, | ) ) | Date:  August 1, 2013 |
| Defendant. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN Assistant Federal Defender for JOSE SILVA-HARO that the status conference hearing date of June 27, 2013 be vacated, and the matter be set for status conference on August 1, 2013 at 9:00 a.m.

    The reason for this continuance is that defense counsel needs additional time to continue further defense investigation and preparation.  Defense counsel and her investigator have visited and photographed the marijuana garden in this case.  Defense counsel has arranged to meet with the prosecutor to discuss any mitigating circumstances that the defense team may have discovered during their investigation of the marijuana garden in order to seek a more favorable resolution from the prosecution in this case.  Defense counsel anticipates that as a result of the discussions with the prosecutor, the United States will make a settlement offer to defendant that defense counsel needs to explain to the defendant with the aid of a

1 Spanish/English interpreter.  As there will be significant ramifications regardless whether
2 defendant proceeds to trial or settles this case before trial, defense counsel wants additional
3 time to explain these ramifications to defendant to help ensure his understanding.  For these
4 reasons, defense counsel desires the continuance sought herein.

5  Based upon the foregoing, the parties agree that the time within which the trial of this
6 matter must be commenced under the Speedy Trial Act should be excluded from the date of
7 this stipulation, June 25, 2013, through and including August 1, 2013, pursuant to 18 U.S.C.
8 §3161 (h)(7)(A)and (B)(iv) and Local Code T4 based upon continuity of counsel and need for
9 additional time for defense preparation.  The parties stipulate and agree that the Court shall
10 find that the ends of justice to be served by granting a continuance outweigh the best interests
11 of the public and the defendant in a speedy trial.

12 DATED:  June 26, 2013.           Respectfully submitted,

             HEATHER E. WILLIAMS
             Federal Public Defender

             /s/ Courtney Fein
             COURTNEY FEIN
             Assistant Federal Defender
             Designated Counsel for Service
             Attorney for JOSE SILVA-HARO

18 DATED:  June 26, 2013.           BENJAMIN WAGNER
             United States Attorney

             /s/ Courtney Fein for
             _____
             SAMUEL WONG
             Assistant U.S. Attorney
             Attorney for Plaintiff

## ORDER

25 UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
26 June 27, 2013, status conference hearing be continued to August 1, 2013, at 9:00 a.m.  Based
27 on the representation of defense counsel and good cause appearing therefrom, the Court
28 hereby finds that the failure to grant a continuance in this case would deny defense counsel

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time beginning from the parties' stipulation on June 25, 2013, up to and including the August 1, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, for continuity of counsel and to allow defense counsel reasonable time to prepare.

    IT IS SO ORDERED.

Date: June 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT