1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   JOSE SILVA-HARO

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   NO. 12-cr-00311-MCE
                                     )
11              Plaintiff,           )   **STIPULATION AND ORDER;**
                                     )   **CONTINUING STATUS**
12     v.                            )   **CONFERENCE AND EXCLUDING**
                                     )   **TIME**
13  JOSE SILVA-HARO,                 )
                                     )   Date:  September 12, 2013
14              Defendant.           )   Time:  9:00 a.m.
    _____  )   Judge: Hon. Morrison C. England, Jr.

15

16      IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, SAMUEL WONG Assistant United States Attorney, attorney for Plaintiff,

18  and COURTNEY FEIN Assistant Federal Defender for JOSE SILVA-HARO that the status

19  conference hearing date of August 1, 2013 be vacated, and the matter be set for status

20  conference on September 12, 2013 at 9:00 a.m.

21      The reason for this continuance is that defense counsel needs additional time to continue

22  further defense investigation and preparation.  Defense counsel has had further settlement

23  discussions with the prosecutor and anticipates that as a result of those discussions, the United

24  States will make a settlement offer to defendant that defense counsel needs to explain to the

25  defendant with the aid of a Spanish/English interpreter.  Mr. Silva Haro will need to consult

26  with defense counsel regarding the decision of how to proceed, the details of the government's

27  anticipated offer, and the potential consequences of changing his plea should he choose to do

28  that.  For these reasons, defense counsel desires the continuance sought herein.

1    Based upon the foregoing, the parties agree that the time within which the trial of this

2  matter must be commenced under the Speedy Trial Act should be excluded from the date of

3  this stipulation, July 30, 2013, through and including September 12, 2013, pursuant to 18

4  U.S.C. §3161 (h)(7)(A)and (B)(iv) and Local Code T4 based upon continuity of counsel and

5  need for additional time for defense preparation.  The parties stipulate and agree that the Court

6  shall find that the ends of justice to be served by granting a continuance outweigh the best

7  interests of the public and the defendant in a speedy trial.

8  DATED:  August 5, 2013.                                 Respectfully submitted,

9                                                          HEATHER E. WILLIAMS
                                                           Federal Public Defender
10
                                                           /s/ Courtney Fein
11                                                         COURTNEY FEIN
                                                           Assistant Federal Defender
12                                                         Designated Counsel for Service
                                                           Attorney for JOSE SILVA-HARO
13

14  DATED:  August 5, 2013.                                BENJAMIN WAGNER
                                                           United States Attorney
15
                                                           /s/ Courtney Fein for
16
                                                           _____
17                                                         SAMUEL WONG
                                                           Assistant U.S. Attorney
                                                           Attorney for Plaintiff
18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

3   August 1, 2013, status conference hearing be **continued to September 12, 2013, at 9:00 a.m.**

4   in Courtroom 7.  Based on the representation of defense counsel and good cause appearing

5   therefrom, the Court hereby finds that the failure to grant a continuance in this case would

6   deny defense counsel reasonable time necessary for effective preparation, taking into account

7   the exercise of due diligence.  The Court finds that the ends of justice to be served by granting

8   a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It

9   is ordered that time beginning from the parties' stipulation on July 30, 2013, up to and

10   including the September 12, 2013 status conference shall be excluded from computation of

11   time within which the trial of this matter must be commenced under the Speedy Trial Act

12   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, for continuity of

13   counsel and to allow defense counsel reasonable time to prepare.

14      IT IS SO ORDERED.

15   Date: August 05, 2013

16

17   _____

18   MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28