COURTNEY FEIN, #244785
Attorney at Law
Designated Counsel for Service
LAW OFFICES OF COURTNEY FEIN
P.O. Box 191552
Sacramento, CA 95819
Telephone: (916) 382-4792

Attorney for Defendant
JOSÉ SILVA HARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-12-311 MCE |
| Plaintiff, ) | STIPULATION & ORDER |
| v. ) | Date: October 10, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |
| JOSÉ SILVA HARO, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JOSÉ SILVA HARO, that the status conference of September 12, 2013 be vacated and the matter be set for status conference on October 10, 2013.

The reason for this continuance is to allow defense counsel additional time to review the settlement offer that is anticipated to be forthcoming from the government and/or continue defense preparation. Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 10, 2013 pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  September 10, 2013          LAW OFFICES OF COURTNEY FEIN
                                    By:  Courtney Fein

                                    /s/ *Courtney Fein*
                                    COURTNEY FEIN
                                    Attorney at Law
                                    Attorney for Defendant JOSÉ SILVA HARO

Dated:  September 10, 2013          BENJAMIN WAGNER
                                    United States Attorney

                                    By:  Samuel Wong

                                    /s/ *Samuel Wong*
                                    SAMUEL WONG
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 12, 2013, status conference hearing be continued to October 10, 2013, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that the time from the date of signing of this order up to and including the October 10, 2013 status conference shall be excluded from computation of time within which the trial of this matter must

be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: September 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT